## JOHN W. HAZLERIGG *v.* COMMONWEALTH.

**Bond—Liability for Failure of Defendant to Appear.**
> A bond, that the defendant should appear to answer the charge of larceny, and not to depart without leave of court, is good against the sureties, though the indictment be quashed.

**Indictment—Quashal Does Not Discharge Custody of Defendant.**
> The qushal of an indictment does not discharge the defendant from the custody of the court.

APPEAL FROM CARTER CIRCUIT COURT.

March 1, 1870.

OPINION OF THE COURT BY JUDGE LINDSAY:

The conditions of the recognizance entered into by appellant and others were not only that the prisoner, DeLong, should appear in the Carter circuit court and answer the indictment for grand larceny, but that he should not depart without leave of said court. He was not discharged from custody when the indictment was quashed, nor does it appear that he was ever surrendered by his bondsmen either to the court or to the jailor of Carter county. There is nothing in the record to show that he was ever legally in the custody of the sheriff of said county. Hence his escape from that officer did not relieve his sureties from their undertaking that he should appear and answer the indictment *and not depart without leave of court.*

Judgment *affirmed.*

*Apperson, for appellant.*